NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MARY ROYAL,                                    )
                                               )
            Petitioner,                        )
                                               )
v.                                             )        Case No. 2D18-4270
                                               )
PORTFOLIO RECOVERY ASSOCIATES,                 )
LLC,                                           )
                                               )
            Respondent.                        )
_____            )

Opinion filed May 8, 2019.

Petition for Writ of Certiorari to the Circuit
Court for the Thirteenth Judicial Circuit for
Hillsborough County; sitting in its appellate
capacity.

Jennifer E. Jones of McIntyre Thanasides
Bringgold Elliott Grimaldi Guito & Matthews,
P.A., Tampa, for Petitioner.

Jason S. Lambert and Robert E. Sickles of
Nelson Mullins Broad and Cassel, Tampa,
for Respondent.


PER CURIAM.

            Denied.

CASANUEVA, KHOUZAM, and BLACK, JJ., Concur.